IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LACAUDRIA GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>    Defendant. | CASE NO. 4:21-cv-0139-SDJ |

### JOINT NOTICE OF SETTLEMENT

Plaintiff LaCaudria Graves and Defendant Capital One Services, LLC hereby notify the Court that the parties have reached a settlement in the above-referenced matter. The parties are in the process of finalizing the settlement agreement, and anticipate that upon receipt of the settlement payment, an executed Joint Motion to Dismiss with Prejudice will be filed by the parties.

Accordingly, the parties request that the Court vacate all current deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric C. Wood*<br>Eric C. Wood<br>Texas Bar No. 24037737<br>eric@brownfoxlaw.com<br>BROWN FOX PLLC<br>6303 Cowboys Way, Suite 450<br>Frisco, Texas 75034<br>214.367.7501 (phone)<br>972.707.1860 (fax)<br><br>**ATTORNEYS FOR PLAINTIFF** | */s/ John B. Brown*<br>John B. Brown<br>Texas Bar No. 00793412<br>john.brown@ogletree.com<br>Laura E. Grubb<br>Texas Bar No. 24097774<br>laura.sandman@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Preston Commons West<br>8117 Preston Road, Suite 500<br>Dallas, TX  75225<br>214.987.3800 (phone)<br>214.987.3927 (fax)<br><br>**ATTORNEYS FOR DEFENDANT** |