IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LaCAUDRIA GRAVES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:21-cv-139-SDJ |
| | § | |
| CAPITAL ONE SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 and the settlement agreement by and between the moving parties, Plaintiff LaCaudria Graves and Defendant Capital One Services, LLC hereby stipulate to dismiss this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFF
LaCAUDRIA GRAVES

Respectfully submitted,

*/s/ John B. Brown*
John B. Brown
State Bar No. 00793412
john.brown@ogletreedeakins.com
Laura Grubb Sandman
State Bar No. 24097774
laura.sandman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
Phone: (214) 987-3800
Fax: (214) 987-3927

ATTORNEYS FOR DEFENDANT
CAPITAL ONE SERVICES, LLC